NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OTIS WILLIAMS,**
*Plaintiff-Appellant*

**v.**

**CITIMORTGAGE, INC.,**
*Defendant-Appellee*

---

2014-1688

---

Appeal from the United States District Court for the Eastern District of Michigan in No. 5:13-cv-10832-JCO-PJK, Judge John Corbett O'Meara.

---

**O R D E R**

Having received no objection to this court's December 30, 2013 order,

IT IS ORDERED THAT:

This appeal is transferred to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

2                                  WILLIAMS v. CITIMORTGAGE, INC.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21